IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>$2,100.00 IN UNITED STATES FUNDS,<br>First Named-Defendant Property, and<br><br>$1,940.00 IN UNITED STATES FUNDS,<br>Second Named-Defendant Property. | CASE NO.: 3:25-CV-29 (TES) |

**DEFAULT JUDGMENT OF FORFEITURE
AND FINAL ORDER OF FORFEITURE**

A Clerk's Entry of Default having been entered on May 8, 2025, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the First and Second-Named Defendant Properties, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows: All right, title, and interest in the First and Second-Named Defendant Properties is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated this __12th__ day of __May__, 2025.

                                            s/Tilman E. Self, III
                                            TILMAN E. SELF, III, JUDGE
                                            UNITED STATES DISTRICT COURT
                                            MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

C. SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

/s/ MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410